No. 90–7001.  FERRELL *v.* WEST VIRGINIA.  Sup. Ct. App. W. Va.  Certiorari denied.

No. 90–7106.  STAFFORD *v.* SINGLETARY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL.  C. A. 11th Cir. Certiorari denied.

No. 90–7151.  WHITE *v.* UNITED STATES.  C. A. 3d Cir.  Certiorari denied.

No. 90–7269.  WILLIAMS *v.* CALIFORNIA.  Ct. App. Cal., 6th App. Dist.  Certiorari denied.

No. 90–7324.  PENA *v.* UNITED STATES.  C. A. 10th Cir. Certiorari denied.

No. 90–7405.  BOWMAN *v.* YAZZIE ET AL.  C. A. 10th Cir. Certiorari denied.

No. 90–7441.  ALDAZ *v.* UNITED STATES.  C. A. 9th Cir. Certiorari denied.

No. 90–7461.  JUVENILE MALE #2 *v.* UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 90–7463.  GIBSON *v.* UNITED STATES.  C. A. 11th Cir. Certiorari denied.

No. 90–7544.  LEACH *v.* UNITED STATES.  C. A. 5th Cir. Certiorari denied.

No. 90–7585.  SMITH *v.* KECK ET AL.  C. A. 6th Cir.  Certiorari denied.

No. 90–7634.  MORGAN *v.* UNITED STATES.  C. A. 10th Cir. Certiorari denied.

No. 90–7641.  NABKEY *v.* UNITED STATES.  C. A. 6th Cir. Certiorari denied.

No. 90–7674.  STAPLES *v.* UNITED STATES.  C. A. 2d Cir. Certiorari denied.

No. 90–7680.  WRIGHT *v.* UNITED STATES.  C. A. 3d Cir. Certiorari denied.

No. 90–7684.  COLLINS *v.* WHITLEY, WARDEN, ET AL.  C. A. 5th Cir.  Certiorari denied.